IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
|---|---|---|
| v. | : | DATE FILED: |
| ALFREDO DELGADO, JR. | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) |
|  | : | (felon in possession of a firearm – 1 count) |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about April 3, 2019, in Coplay, in the Eastern District of Pennsylvania, defendant

**ALFREDO DELGADO, JR.,**

knowing he had previously been convicted in the United States District Court for the Southern District of New York of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Colt 1911-style handgun, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

ALFREDO DELGADO, JR.

INFORMATION

18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $_____